NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VIA TRANSPORTATION, INC.,**

*Plaintiff-Cross-Appellant*

v.

**RIDECO INC.,**

*Defendant-Appellant*

---

2026-1101, 2026-1151

---

Appeals from the United States District Court for the Western District of Texas in No. 6:21-cv-00457-ADA, Judge Alan D Albright.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

June 22, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 22, 2026